**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 28, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00740-CV

---

## IN RE GUARDIANSHIP OF THOMAS NEY HUNT, II, AN ALLEGED INCAPACITATED PERSON

---

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-CPR-036072**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed December 13, 2021. On July 5, 2022, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.